**RECORD IMPOUNDED**

**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1662-24

JOHN WALSH,

     Plaintiff-Appellant,

v.

DAVID C. PALMER,

     Defendant,

and

COOK'S LAKE CLUB,
PETER S. PALMER,
and ESTATE OF FRANK
L. PETROZZO, JR.,

     Defendants-Respondents.

_____

     Submitted March 19, 2026 – Decided April 1, 2026

     Before Judges Mawla and Puglisi.

     On appeal from the Superior Court of New Jersey, Law Division, Morris County, Docket No. L-0560-20.

Clemente Mueller, PA, attorneys for appellant (Matthew H. Mueller, on the brief).

McAndrew Vuotto, LLC, attorneys for respondent Estate of Frank L. Petrozzo, Jr. (Robert W. McAndrew, of counsel and on the brief).

McGivney, Kluger, Clark & Intoccia, PC, attorneys for respondents Peter S. Palmer and Cook's Lake Club (Derrick A. Grant, of counsel and on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

*M.C. Harley*

Clerk of the Appellate Division

A-1662-24